OPINION — AG — ** ATTORNEY — DEFINITION — POSITION ** UNDER 82 O.S. 1085.2 [82-1085.2](5), THE OKLAHOMA WATER RESOURCES BOARD IS PROHIBITED FROM EMPLOYING MORE THAN ONE(1) FULL TIME ATTORNEY IN THE UNCLASSIFIED SERVICE OF THE BOARD. (ATTORNEYS, EMPLOYEES, STATUTORY CONSTRUCTION, AUTHORITY TO HIRE) CITE: 2 O.S. 2-4 [2-2-4](I), 25 O.S. 25 [25-25], 36 O.S. 305 [36-305](A), 40 O.S. 4-312 [40-4-312], 59 O.S. 603 [59-603], 82 O.S. 1072 [82-1072](E), 82 O.S. 1085.2 [82-1085.2], 82 O.S. 1085.2 [82-1085.2](5) (MICHAEL SCOTT FERN)